UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FLORIDA

CASE NO. 10-24546-CIV-HOEVELER

MARJAN MAZZA, on behalf of
The United States of America

       Plaintiff,

vs.

MIAMI-DADE COUNTY, MIAMI-DADE
TRANSIT DEPARTMENT,

       Defendants.
_____/

**DEFENDANTS MIAMI-DADE COUNTY AND MIAMI DADE
TRANSIT DEPARTMENT'S AGREED MOTION FOR SIXTY DAY STAY OF
<u>DISCOVERY AND ALL OTHER MATTERS</u>**

On April 23, 2014, this Court entered orders vacating previous pretrial deadlines and trial dates and setting a two week trial period commencing September 8, 2014, as well as clarified and amended various pretrial deadlines (collectively, the "Trial Order"). D.E. 86-87. Mazza and the Defendants have reached an agreement in principle to settle all matters at issue, subject to approval by the federal government and the Miami-Dade Board of County Commissioners. It is anticipated that the approval process will take approximately sixty (60) days. As a result, in order to avoid unnecessary expenditures for all parties and in the interest of judicial economy, the parties respectfully request that this Court enter an Order staying discovery and all other matters for sixty (60) days from the date of entry of this Order.[1]

In accordance with the Local Rules, the undersigned has conferred with counsel for Plaintiff/Relator, who is in agreement with and joins in the relief sought herein.

---

[1] Should the parties need additional time to obtain approvals from the applicable governing bodies, the parties will seek an extension of the stay by a separate motion.

Accordingly, Defendant Miami-Dade County respectfully requests that this Court issue an Order staying discovery and all other matters for sixty (60) days in order to allow the necessary time for formal approval by the applicable governing bodies of the agreement in principle.

                                   Respectfully submitted,

                                   ROBERT A. CUEVAS, JR.
                                   MIAMI-DADE COUNTY ATTORNEY

By:    \_s/ Oren Rosenthal_____
       Hugo Benitez
       Oren Rosenthal
       Assistant County Attorneys
       Fla. Bar No.  463965 & 86320
       111 N.W. 1st Street, Suite 2810
       Miami, Florida  33128
       Telephone: (305) 375-5151
       Facsimile:  (305) 375-5634
       Email: heb2@miamidade.gov

CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1.A(3), I certify that undersigned counsel conferred with counsel for Plaintiff/Relator, and reached agreement as to the matters set forth herein.

            **s/ Oren Rosenthal**
            Assistant County Attorney

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            **s/ Oren Rosenthal**
            Assistant County Attorney

## SERVICE LIST

**Hugo Benitez**
Assistant County Attorney
Miami-Dade County Attorney Office
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128
Counsel for Defendant
heb2@miamidade.gov
rmg2@miamidade.gov

**Oren Rosenthal**
Assistant County Attorney
Miami-Dade County Attorney Office
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128
Counsel for Defendant
orosent@miamidade.gov

**Michael R. Josephs, Esquire**
The Josephs Law Firm
255 Alhambra Circle, Suite 700
Coral Gables, Florida 33134
Counsel for Plaintiff Marjan Mazza
mrj@florida-attorneys.com
tjn@florida-attorneys.com


**Adam Charles Josephs, Esquire**
The Josephs Law Firm
255 Alhambra Circle, Suite 700
Coral Gables, Florida 33134
Counsel for Plaintiff Marjan Mazza
acj@florida-attorneys.com
tjn@florida-attorneys.com


**Arley D. Finley, III**
Diamond McCarthy LLP
620 8th Avenue
 39th Floor
tfinley@diamondmccarthy.com
(512) 617-5200
(512) 617-5299 (Fax)

**James Alan Weinkle**
Assistant United States Attorney
Office of United States Attorney
99 N.E. 4th Street
Suite 300
Miami, FL 33132
Counsel for United States of America
James.Weinkle@usdoj.gov
Meredith.Pereira@usdoj.com


**Raphael Katz**
Diamond McCarthy LLP
620 8th Avenue
 39th Floor
New York Times Building
New York, New York 10018
RKatz@diamondmccarthy.com


**Robert Sadowski**
Diamond McCarthy LLP
620 8th Avenue
 39th Floor
New York Times Building
New York, New York 10018
RSadowski@diamondmccarthy.com


**James D. McCarthty**
Diamond McCarthy, LLP
1201 Elm Street
34th Floor
Renaissance Tower
Dallas, TX 75270
jmccarthy@diamondmccarthy.com


**Melissa Handrigan**
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Melissa.R.Handrigan@usdoj.gov