UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24546-CIV-MOORE/McALILEY

MARJAN MAZZA, on behalf of herself and the
UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MIAMI-DADE COUNTY, and
MIAMI-DADE TRANSIT DEPARTMENT,

    Defendants.
_____/

[PROPOSED] ORDER

Plaintiff Marjan Mazza (the "Relator") and the Defendants having filed a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A),

**IT IS HEREBY ORDERED** that:

1. Consistent with the terms of the Settlement Agreement between Relator and the Defendants, the False Claims Act claims asserted by Relator in this action on behalf of the United States against all Defendants for the Covered Conduct (as defined in the Settlement Agreement) are dismissed with prejudice as to Relator and the United States;

2. The remaining False Claims Act claims asserted by Relator against all defendants are dismissed without prejudice to the United States;

3. The remaining claims asserted by the Relator against Defendants in the action are dismissed with prejudice to Relator.

4. The Court will retain jurisdiction to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

**IT IS SO ORDERED**, this _____ day of _____, 2015

_____
UNITED STATES DISTRICT JUDGE
