UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:10-cv-24546-MOORE/McALILEY

MARJAN MAZZA, on behalf of the
UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIAMI-DADE COUNTY,
MIAMI-DADE TRANSIT DEPARTMENT,

    Defendants.
_____/

## UNITED STATES' CONSENT TO DISMISSAL

The United States of America, through the undersigned, hereby states as follows:

1. Relator Marjan Mazza and defendants Miami Dade County and Miami Dade Transit (collectively, "MDC") have executed a written settlement agreement ("Agreement") in compromise and settlement of the Relator's claims against MDC. *See* D.E. 91. Relator and MDC have filed a Joint Notice of Dismissal of Relator's claims against MDC in the action. D.E. 91.

2. The United States hereby consents to the dismissal, with prejudice, as to the United States, of the claims asserted by Relator in this action on behalf of the United States and against MDC for the Covered Conduct as described in the Agreement.

3. Pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to Relator's voluntary dismissal of all other False Claims Act claims against MDC, provided such dismissal is without prejudice to the United States.

| | |
|---|---|
| **BENJAMIN C. MIZER**<br>**Principal Deputy Assistant Attorney General** | **WIFREDO A. FERRER**<br>**United States Attorney** |
| **MICHAEL D. GRANSTON**<br>**Jamie A. Yavelberg**<br>**Kavitha J. Babu**<br>**Commercial Litigation Branch**<br>**Civil Division**<br>**United States Department of Justice**<br>601 D. Street, NW<br>Washington, DC 20004<br>Telephone: 202.305.3941<br>Email: Kavitha.J.Babu@usdoj.gov | /s James A. Weinkle<br>   JAMES A. WEINKLE<br>   Assistant United States Attorney<br>Fla. Bar No.: 0710891<br>99 N.E. 4th Street, 3rd Floor<br>Miami, Florida 33132<br><br>Tel.: 305.961.9290<br>Email: James.Weinkle@usdoj.gov<br>Counsel for United States |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s James A. Weinkle
**JAMES A. WEINKLE**
**Assistant United States Attorney**

Counsel for United States

**Service List**

| | |
|---|---|
| Hugo Benitez, Esq.<br>Oren Rosenthal, Esq.<br>Assistant County Attorneys<br>Miami-Dade County Attorney Office<br>111 N.W. 1st Street, Suite 2810<br>Miami, Florida 33128<br><br>Email: heb2@miamidade.gov<br>Email: orosent@miamidade.gov<br><br>Counsel for Defendant | James A. Weinkle<br>Assistant United States Attorney<br>Office of United States Attorney<br>99 N.E. 4th Street<br>Suite 300<br>Miami, FL 33132<br><br>Counsel for United States of America |
| Michael R. Josephs, Esq.<br>Adam C. Josephs, Esq.<br>The Josephs Law Firm<br>255 Alhambra Circle, Suite 700<br>Coral Gables, Florida 33134<br><br>Email: mrj@florida-attorneys.com<br>Email: acj@florida-attorneys.com<br><br>Counsel for Plaintiff/Relator Marjan Mazza | Kavitha J. Babu<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>601 D. Street, NW<br>Washington, DC 20004<br><br>Email: Kavitha.J.Babu@usdoj.gov<br><br>Counsel for United States of America |
| Arley D. Finley, III, Esq.<br>Raphael Katz, Esq.<br>Robert Sadowski, Esq.<br>Diamond McCarthy LLP<br>620 8th Avenue<br>39th Floor<br>New York Times Building<br>New York, New York 10018<br><br>Email: tfinley@diamondmccarthy.com<br>Email: RKatz@diamondmccarthy.com<br>Email: RSadowski@diamondmccarthy.com<br><br>Counsel for Plaintiff/Relator Marjan Mazza | James D. McCarthty, Esq.<br>Diamond McCarthy, LLP<br>1201 Elm Street<br>34th Floor<br>Renaissance Tower<br>Dallas, TX 75270<br>jmccarthy@diamondmccarthy.com<br><br>Counsel for Plaintiff/Relator Marjan Mazza |